IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LITHONIA J. HARRIS,)
)
    Plaintiff,)  CIVIL ACTION NO.: CV211-025
)
v.)
)
BILLY DELOCH, Sheriff; APPLING)
COUNTY SHERIFF'S DEPARTMENT;)
and Officer TALMADGE,)
)
    Defendants.)

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Sheriff Billy Deloch and the Appling County Sheriff's Department are **DISMISSED**.

**SO ORDERED**, this 23 day of May, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA